### DAVID STONE, SHUBAEL CONANT, OLIVER N. BOSTWICK, ISAAC DAVIS, AND ASA H. CENTER *versus* PETER J. DESNOYERS.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Reference to take testimony *p. 294; (2) settled, bill dismissed *p. 329.

PAPERS IN FILE: (1) Bill of complaint; (2–3) writs of subpoena and return; (4) stipulation for reference.

*Chancery Case* 111 of 1828.